IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00295-M
Case No. 5:25-CV-00500-M

| | |
|---|---|
| AXEL DAVID RODRIGUEZ,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | ORDER |

This matter comes before the court on the Petitioner's motion to vacate under 28 U.S.C. § 2255. DE 45. The court has examined the instant motion pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings.

The United States is hereby DIRECTED to file an answer pursuant to Rule 5 of the Rules Governing Section 2255 proceedings, or to make such other appropriate response to the Petitioner's motion to vacate, no later than October 6, 2025.

SO ORDERED this 27th day of August, 2025.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE