IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00295-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AXEL DAVID RODRIGUEZ,

    Defendant.

ORDER

This matter comes before the court on Defendant's Motion for Return of Property. DE 53. Defendant seeks the return of his iPhone, which the Raleigh Police Department (RPD) seized at the time of his arrest. In response, counsel for the United States explains that the government has authorized the release of Defendant's iPhone to Victor Akakpo, and that Mr. Akakpo may, therefore, make an appointment with the RPD Evidence Unit to retrieve Defendant's iPhone. As there is no longer any relief to be granted, Defendant's Motion is DENIED AS MOOT.

SO ORDERED this 21st day of October, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE